

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00391-CV

| | | |
|---|---|---|
| H&H Steel Fabricators, Inc.; Towncreek Industrial, LLC; and James Tobey | § | From the 43rd District Court |
| | § | of Parker County (CV15-0496) |
| v. | § | October 27, 2016 |
| Wells Fargo Equipment Finance, Inc. | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's summary judgment. It is ordered that the summary judgment of the trial court is affirmed.

It is further ordered that appellant H&H Steel Fabricators, Inc., Towncreek Industrial, LLC, and James Tobey shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel